IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVIS COX,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BOARD OF PAROLE, OFFICE OF PAROLE SUPERVISION, OFFICE OF PAROLE ADMINISTRATION, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, DANIELLE SANDERS, HEATHER TODD-ROBERSON, TOM VERPLANK, ROSALYN COTTON, LAYNE GISSLER, BOB TWISS, HABIB OLAMI, MARK LANGAN, DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, MIKE MYERS, DOUGLAS COUNTY, STATE OF NEBRASKA, and WELL PATH,<br><br>　　　　　　　Defendants. | 8:23CV202<br><br>MEMORANDUM AND ORDER |

　　　　This matter is before the Court on its own motion. On January 9, 2024, Plaintiff filed an Amended Complaint, Filing No. 40, while he was incarcerated in the Nebraska Department of Correctional Services' ("NDCS") Work Ethic Camp in McCook, Nebraska. According to the NDCS' online inmate records, Plaintiff was released from custody on June 1, 2024, and is no longer confined at the Work Ethic Camp. *See* https://dcs-inmatesearch.ne.gov/Corrections/COR_input.jsp (last visited Nov. 13, 2024). Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **December 13, 2024**: check for address.

Dated this 13th day of November, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge