IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVIS COX,<br><br>                Plaintiff,<br><br>vs.<br><br>BOARD OF PAROLE, OFFICE OF PAROLE SUPERVISION, OFFICE OF PAROLE ADMINISTRATION, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, DANIELLE SANDERS, HEATHER TODD-ROBERSON, TOM VERPLANK, ROSALYN COTTON, LAYNE GISSLER, BOB TWISS, HABIB OLAMI, MARK LANGAN, DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, MIKE MYERS, DOUGLAS COUNTY, STATE OF NEBRASKA, and WELL PATH,<br><br>                Defendants. | 8:23CV202<br><br>ORDER |

      Plaintiff filed his Complaint in this matter on May 18, 2023, while he was incarcerated. The Court granted him leave to proceed in forma pauperis on July 7, 2023, also while he was incarcerated. Plaintiff filed a change of address on December 10, 2024, indicating that he is no longer incarcerated. *See* Filing No. 42.

      Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the Court's $405.00 filing and administrative fees.

      IT IS THEREFORE ORDERED that:

      1. Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the Court's $405.00 filing and administrative fees within 30 days.

Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. The Clerk of the Court is directed to set a pro se case management deadline with the following text: **January 10, 2025**: deadline for Plaintiff to file new IFP application or pay filing fee.

Dated this 11th day of December, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge