IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVIS COX,<br><br>                  Plaintiff,<br><br>vs.<br><br>BOARD OF PAROLE, OFFICE OF PAROLE SUPERVISION, OFFICE OF PAROLE ADMINISTRATION, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, DANIELLE SANDERS, HEATHER TODD-ROBERSON, TOM VERPLANK, ROSALYN COTTON, LAYNE GISSLER, BOB TWISS, HABIB OLAMI, MARK LANGAN, DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, MIKE MYERS, DOUGLAS COUNTY, STATE OF NEBRASKA, and WELL PATH,<br><br>                  Defendants. | 8:23CV202<br><br>MEMORANDUM AND ORDER |

    Plaintiff, who advised he is no longer incarcerated, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 44. Upon review of Plaintiff's motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis as a non-prisoner.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff is granted leave to proceed in forma pauperis as a non-prisoner.

2.   The Clerk of the Court is directed to update the Court's records to reflect that Plaintiff is no longer liable for the remaining balance of the filing fee.

Dated this 23rd day of January, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge