IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TRAVIS COX,

Plaintiff,

vs.

BOARD OF PAROLE, et al.,

Defendants.

8:23-CV-202

ORDER

On May 13, 2025, the Court ordered the plaintiff to file an amended complaint within 30 days or face dismissal of this action. Filing 47. To date, the plaintiff has not filed an amended complaint or taken any other action in this matter. Accordingly,

IT IS ORDERED:

1. This matter is dismissed without prejudice because the plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.
2. A separate judgment will be entered.

Dated this 18th day of June, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge